1028

[No. 45103-4-II.   Division Two.   June 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TYRONE CLARK, *Appellant*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45498-0-II.   Division Two.   June 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE LARSON, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.

[No. 45607-9-II.   Division Two.   June 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE THOMAS STRANGE, *Appellant*.

*Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ. Now published at 188 Wn. App. 679.

[No. 45739-3-II.   Division Two.   June 23, 2015.]

HARTSTENE POINTE MAINTENANCE ASSOCIATION, *Respondent*, v. JOHN E. DIEHL, *Appellant*.

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.